No. 02–9075. CUMMINGS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–9077. SANTIAGO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–9078. RIGGINS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–9106. AUGUSTIN v. UNITED STATES; and
No. 02–9127. FELIX v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9112. TRUEBLOOD v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 02–9124. GONZALEZ-GARCIA v. UNITED STATES; and
No. 02–9125. GUERRERO-ARANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9126. FRANK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9128. GURRUSQUIETA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9134. HITCHENS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9135. HILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9136. IWUOGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9143. ROBLEDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9149. VAUSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9151. LOUIS, AKA AVILMAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.